**B9I (Official Form 9I)** (Chapter 13 Case) (12/12)  Case Number **13–10927–BFK**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on February 28, 2013.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.
### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Brian Derell Farr
6034 Richmond HWY
Apartment 521
Alexandria, VA 22303

| | |
|---|---|
| Case Number: 13–10927–BFK<br>Office Code: 1 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>xxx–xx–8706 |
| Attorney for Debtor(s) (name and address):<br>Tommy Andrews Jr.<br>Tommy Andrews, Jr. P.C.<br>122 North Alfred St.<br>Alexandria, VA 22314<br>Telephone number: (703) 838–9004 | Bankruptcy Trustee (name and address):<br>Thomas P. Gorman<br>300 N. Washington St. Ste. 400<br>Alexandria, VA 22314<br>Telephone number: (703) 836–2226 |

### Meeting of Creditors
Date: **April 2, 2013**                                    Time: **01:30 PM**
Location: **115 South Union Street, Suite 206, Alexandria, VA 22314**

All debtors are required to attend a debtor education program. This program is being offered at 9:45 a.m. on the same date at this location.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim**
For all creditors (except a governmental unit): **July 1, 2013**        For a governmental unit: **August 27, 2013**

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts: June 3, 2013**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

**Filing of Chapter 13 Plan and Related Motions and Hearing on Confirmation**
Local Rule 3015–2 requires attorney for debtor(s) or pro se debtor(s) to serve the Chapter 13 Plan and Related Motions on creditors and interested parties. Objections must be filed not later than 7 days prior to the date set for the confirmation hearing. **If no objections are timely filed, there will be no confirmation hearing.** Timely filed objections will be heard at the confirmation hearing scheduled to be held:
Date: **May 9, 2013**                                     Time: **01:30 PM**
Location: **Judge Kenney's Courtroom, U.S. Bankruptcy Court, 3rd Floor, 200 S. Washington St., Ctrm III, Alexandria, VA 22314**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>200 South Washington Street<br>Alexandria, VA 22314 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Date: March 4, 2013 |

## EXPLANATIONS       B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. **Any attachment must be on 8 1/2" by 11" paper. To receive an acknowledgment that your proof of claim has been receive, you must provide an additional copy and postage paid, self−addressed envelope.**<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Alexandria. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Alexandria. See address on front side of this notice. |

−− Refer to Other Side for Important Deadlines and Notices −−

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, 1007−3, and 2003−1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004−2 and 6007−1.

**PHOTOCOPIES** May be obtained by contacting Creative Assistant at (757) 624−9990 or by fax at (757) 624−9998.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://vaeb.uscourts.gov/ebn/index.htm or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

```
                          United States Bankruptcy Court
                             Eastern District of Virginia
In re:                                                            Case No. 13-10927-BFK
Brian Derell Farr                                                 Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0422-9          User: voehle              Page 1 of 2              Date Rcvd: Mar 04, 2013
                              Form ID: B9I              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2013.
db           +Brian Derell Farr,    6034 Richmond HWY,    Apartment 521,    Alexandria, VA 22303-2111
tr           +Thomas P. Gorman,    300 N. Washington St. Ste. 400,    Alexandria, VA 22314-2550
11645406     +Cap1/bstby,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
11645407     +Cap1/hlzbg,    Po Box 5253,   Carol Stream, IL 60197-5253
11645403     +Early Warning Services,    16552 N 90th St.,    Scottsdale, AZ 85260-1676
11645396      Equifax Check Services,    PO Box 30272,   Tampa, FL 33630-3272
11645399     +Experian,    475 Anton Blvd,   Costa Mesa, CA 92626-7037
11645397     +Telecheck Services, Inc.,    5251 Westheimer,    Houston, TX 77056-5415
11645398     +TransUnion,   P.O. Box 2000,    Chester, PA 19016-2000
11645402     +Virginia Department of Taxatio,    c/o TACS,   P.O. Box 1270,    Midlothian, VA 23113-8270
11645401      Virginia Department of Taxation,    P.O. Box 2156,    Richmond, VA 23218-2156
11645416     +WFFNB/Furniture Barn,    Wells Fargo Financial National Bank,    Po Box 10438,
               Des Moines, IA 50306-0438
11645417     +Zale/cbsd,    Attn.: Centralized Bankruptcy,    Po Box 20363,   Kansas City, MO 64195-0363

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: tandrews@andrewslaw.net Mar 05 2013 04:35:59     Tommy Andrews, Jr.,
               Tommy Andrews, Jr. P.C.,    122 North Alfred St.,    Alexandria, VA   22314
11645404     +EDI: AMEREXPR.COM Mar 05 2013 03:48:00      American Express,   American Express Special Research,
               Po Box 981540,    El Paso, TX 79998-1540
11645405     +EDI: BANKAMER.COM Mar 05 2013 03:48:00      Bank Of America,   Attention: Recovery Department,
               4161 Peidmont Pkwy.,    Greensboro, NC 27410-8110
11645395     +Fax: 602-659-2196 Mar 05 2013 06:45:33      ChexSystems,   Attn: Consumer Relations,
               7805 Hudson Rd., Suite 100,    Saint Paul, MN 55125-1703
11645408     +EDI: DISCOVER.COM Mar 05 2013 03:48:00      Discover Fin Svcs Llc,    Po Box15316,
               Wilmington, DE 19850-5316
11645409     +EDI: TSYS2.COM Mar 05 2013 03:48:00     Dsnb Macys,    Po Box 8218,   Mason, OH 45040-8218
11645410     +EDI: RMSC.COM Mar 05 2013 03:48:00     GE Capital,    PO Box 960061,   Orlando, FL 32896-0061
11645400      EDI: IRS.COM Mar 05 2013 03:48:00     Internal Revenue Service - VA,    Centralized Insolvency,
               P.O. Box 7346,   Philadelphia, PA 19101-7346
11645411     +EDI: CBSAAFES.COM Mar 05 2013 03:48:00      Miitary Star/AAFES,    Aafes,   Po Box 650060,
               Dallas, TX 75265-0060
11645412     +EDI: NFCU.COM Mar 05 2013 03:48:00     Navy Fcu,    Attention: Bankruptcy,   Po Box 3000,
               Merrifield, VA 22119-3000
11645413     +E-mail/Text: bnc@nordstrom.com Mar 05 2013 04:41:52     Nordstrom FSB,
               Attention: Bankruptcy Department,    Po Box 6566,   Englewood, CO 80155-6566
11645414     +EDI: USAA.COM Mar 05 2013 03:48:00     USAA,    9800 Fredericksburg Road,
               San Antonio, TX 78288-0002
11645415     +EDI: USAA.COM Mar 05 2013 03:48:00     USAA Federal Savings Bank,    10750 Mcdermott Fwy,
               San Antonio, TX 78288-1600
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 06, 2013**          **Signature:**    *Joseph Speetjens*

```
District/off: 0422-9          User: voehle              Page 2 of 2              Date Rcvd: Mar 04, 2013
                              Form ID: B9I              Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2013 at the address(es) listed below:
          Thomas P. Gorman    ch13alex@gmail.com,   tgorman26@gmail.com
          Tommy  Andrews    on behalf of Debtor Brian Farr tandrews@andrewslaw.net,
           khill@andrewslaw.net;marcelo@andrewslaw.net;roxana@andrewslaw.net;tetiana@andrewslaw.net;lprease@andrewslaw.net

                                                                                                                                                                              TOTAL: 2